IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DIANE RANDOLPH, Individually and surviving
spouse and next kin of RANDY RANDOLPH,
deceased,

           Plaintiff,

v.                                                  No. 3:16-cv-02271
                                                JUDGE BERG
RD EXPEDITED, INC. and                     MAG. JUDGE BROWN
ABDULKADIR ISMAIL ABDIRAHMAAN,    JURY DEMAND

           Defendants.
_____ /

## NOTICE OF FILING STATUS REPORT REGARDING PAULA SIERRA

RD Expedited, Inc. ("Defendant RD Expedited"), by and through Counsel, hereby submit this Notice of Filing Status Report Regarding Paula Sierra. Attached as Exhibit 1 is correspondence by RD Expedited's private counsel regarding Paula Sierra, her employment status, and medical condition.

                                                Respectfully submitted:
                                                LEITNER, WILLIAMS, DOOLEY &
                                                  NAPOLITAN, PLLC

                                                */s Christen Blackburn*
                                                Christen C. Blackburn, BPR #27104
                                                Bank of America Plaza
                                                414 Union Street, Suite 1900
                                                Nashville, TN 37219-1782
                                                (615) 255-7722
                                                christen.blackburn@leitnerfirm.com

                                                *Attorney for RD Expedited, Inc. and*
                                                *Abdulkadir Ismail Abdirahmaan*

## CERTIFICATE OF SERVICE

I, Christen C. Blackburn, hereby certify that a true copy of the foregoing has been furnished via the Court's ECF filing system to the following:

> Matthew E. Wright, BPR #22596
> WRIGHT LAW, PLC
> 219 Third Avenue, North Franklin, TN 37064
> (615) 812-1351
> mwright@wrightlawplc.com

on December 5, 2017.

> //s Christen Blackburn
> Christen C. Blackburn