IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

| | | |
|---|---|---|
| DIANE RANDOLPH, Individually<br>and surviving spouse and next kin of<br>RANDY RANDOLPH, deceased, | )<br>)<br>)<br>) | SO ORDERED.<br><br>/s/Terrence G. Berg<br>TERRENCE G. BERG<br>SITTING BY SPECIAL DESIGNATION<br>UNITED STATES DISTRICT JUDGE |
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-CV-02271 |
| RD EXPEDITED, INC. and<br>ABDULKADIR ISMAIL ABDIRAHMAAN, | )<br>)<br>) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the parties, by and through counsel, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the Plaintiff's claims against the Defendant are dismissed with prejudice. The parties shall bear their own fees and costs.

This 18th day of January, 2018.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

By: s/ Christen C. Blackburn
**Christen C. Blackburn**
BPRN 27104
4th & Church Building
201 4th Avenue North, Suite 1100
Nashville, Tennessee 37219
(615) 255-7722
Email: christen.blackburn@leitnerfirm.com

*Attorneys for Defendant RD Expedited,
Inc. and Abdulkadir Ismail Abdirahmaan*

WRIGHT LAW, PLC

By: s/*Matthew E. Wright*
    **Matthew E. Wright**
    BPRN No. 022596
    219 Third Avenue, North
    Franklin, Tennessee 37064
    (615) 812-1351

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the Court as requested by the Court's order and to counsel:

    Matthew E. Wright
    Wright Law, PLC
    BPRN No. 022596
    219 Third Avenue, North
    Franklin, Tennessee 37064
    (615) 812-1351

    *Attorney for Plaintiff*

On this the __18th__ day of January, 2018.

    BY:    s/ Christen C. Blackburn
             **Christen C. Blackburn**